UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ROSS,<br><br>        Petitioner,<br><br>  v.<br><br>RANDY GROUNDS, Warden<br><br>        Respondent. | No. EDCV 13-1782 DSF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:     6/19/14

*Dale S. Fischer*

DALE S. FISCHER
United States District Judge